Court of Appeals for the Seventh Circuit denied. *Messrs. Walter H. Jacobs, Harold A. Smith, Albert H. Veeder, Frederic Burnham, Frank D. Mayer, Henry Veeder, Carl Meyer, David F. Rosenthal,* and *Irving B. Goldsmith* for petitioners. *Mr. Morris Townley* for respondents. ■

No. 514. WASHBURN CROSBY Co. *v.* NEE. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Charles B. Rugg, Frank J. Morley,* and *Dewitt C. Chastain* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 518. BOWERS, EXECUTOR, *v.* UNTERMYER. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Mr. Abraham Shamos* for respondent.

No. 519. HELVERING, COMMISSIONER OF INTERNAL REVENUE *v.* CHISHOLM. November 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Solicitor General Reed* for petitioner. *Mr. Joseph H. Morey* for respondent. ■

No. 534. JOYCE *v.* HUMBIRD ET AL.; and
Nos. 535 and 536. WILLIAM T. JOYCE Co. *v.* SAME. November 11, 1935. Petition for writs of certiorari to the